IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



LESLEY J. BROWN                                                          PLAINTIFF

v.                                              CIVIL ACTION NO. 1:16-cv-315-MTP

COMMISSIONER OF SOCIAL SECURITY                                  DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on Plaintiff's Motion for Summary Judgment [13] and the Court having entered an Opinion and Order granting in part and denying in part Plaintiff's Motion [13],

IT IS ORDERED AND ADJUDGED:

That this action is remanded to the Commissioner of Social Security.

This, the 21st day of September, 2017.

Michael T. Parker
United States Magistrate Judge